UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CLYVE SHAW,

                Plaintiff,

                -against-

HORNBLOWER CRUISES & EVENTS, LLC,

                Defendant.
------------------------------------------------------------x

21-CV-10408 (VM) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Status Conference on January 4, 2023. (ECF 66). The parties are directed to file a proposed revised Scheduling Order by **Friday, January 6, 2023**.

The parties are directed to file a monthly joint status letter on **the last business Friday of each month**, beginning **January 27, 2023**. As discussed at the conference, the parties should include in the upcoming status letter the status of mediation and the status of Defendant's production of either an updated census or WARN notices. (*See* ECF 62, 63).

       SO ORDERED.

Dated: January 4, 2023
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge