UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CLYVE SHAW AND KENARDRO PRESS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>**HORNBLOWER CRUISES & EVENTS, LLC.**,<br><br>Defendant. | Civil Action No. 1:21-cv-10408 (VM) (OTW)<br><br>**PROPOSED ORDER REVISING CASE MANAGEMENT PLAN** |

WHEREAS, the parties have agreed to the discovery deadlines below, it is hereby

ORDERED that the deadlines below are incorporated into the September 9, 2022 Case Management Plan Order (ECF No. 45). Absent court approval after a showing of good cause, these deadlines (other than the deadline for completing depositions) will not be extended. These deadlines do not affect or change any other deadlines in the original September 9, 2022 Case Management Plan Order.

| | |
|---|---|
| January 20, 2023 | Defendant to respond to Plaintiffs' Interrogatories |
| January 27, 2023 | The parties to fully respond to the Document Requests and Interrogatories (including completion of ESI search protocol). |
| February 17, 2023 | With the exception of documents that are subject to a discovery dispute, the parties will produce all ESI responsive to search protocol and provide privilege log.  The parties will also specify documents that are responsive to each request.  (Counsel will collaborate to agree on a search protocol for ESI and Defendant will produce responsive ESI on a rolling basis before this deadline). |
| June 30, 2023 | Complete depositions. (Either party may write to the Court to extend this deadline if reasonable and/or good-faith reasons exist.) |

**SO ORDERED**.

Dated:  January __, 2023
New York, New York

_____
Hon. Ona T. Wang
United States Magistrate Judge