UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CLYVE SHAW,

          Plaintiff,

      -against-

HORNBLOWER CRUISES & EVENTS, LLC,

          Defendant.

------------------------------------------------------------x

21-CV-10408 (VM) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 81. Plaintiff's motion is **GRANTED in part**. Defendant is directed to produce the number of people employed at the relevant locations in California before the March 2020 layoffs.

Plaintiff's motion to compel is **DENIED in part**. Plaintiff's motion for Defendant to produce the census is **DENIED as moot**, since Defendant has already agreed to produce it. Plaintiff's motion for the Court to order Defendant to search for and produce responsive ESI from custodians Raima McDaniel and Codi Robbins is **DENIED without prejudice**.

     **SO ORDERED.**

Dated: January 30, 2023
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge