```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLYVE SHAW and KENARDRO PRESS, on behalf of themselves and those similarly situated,

                Plaintiffs,

- against -

HORNBLOWER CRUISES & EVENTS, LCC,

                Defendant.

21 Civ. 10408 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On February 5, 2023, defendant Hornblower Cruises & Events, LLC ("Hornblower") filed an objection to Magistrate Judge Ona Wang's February 3, 2023 Order (see Dkt. No. 85) denying Hornblower's request for a stay of discovery. (See Dkt. No. 86.) Plaintiffs are hereby ordered to file their response to Hornblower's objection within seven (7) days of the date of this Order.

**SO ORDERED.**

Dated:    8 February 2023
            New York, New York

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.