UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
 CLYVE SHAW,                                                :
                                                            :
                        Plaintiff,                          :      21-CV-10408 (VM) (OTW)
                                                            :
                -against-                                   :      ORDER
                                                            :
 HORNBLOWER CRUISES & EVENTS, LLC,                          :
                                                            :
                        Defendant.                          :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 91. Discovery is **STAYED** until **May 19, 2023**. The deadline to complete depositions is extended from June 30, 2023, to **August 11, 2023.**

The Clerk of Court is respectfully directed to close ECF 91.

**SO ORDERED.**

Dated: April 4, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge