**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

CLYVE SHAW,

                Plaintiff,

         -against-

HORNBLOWER CRUISES & EVENTS, LLC,

              Defendant.

---------------------------------------------------------------x

21-CV-10408 (VM) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties' motion to extend the stay is **GRANTED**. (ECF 96). The stay on discovery is hereby extended from May 19, 2023, to **July 7, 2023**. The deadline to complete depositions is extended from August 11, 2023, to **September 29, 2023.**

The Court notes that the Honorable Victor Marrero scheduled a case management conference before him for **June 2, 2023**. (ECF 45 at 5). Any requests regarding that conference should be made to Judge Marrero.

The Clerk of Court is respectfully directed to close ECF 96.

      **SO ORDERED.**

Dated: May 22, 2023
       New York, New York

                       _s/ Ona T. Wang_
                       **Ona T. Wang**
                       United States Magistrate Judge