UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLYVE SHAW and KENARDRO PRESS, on behalf themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HORNBLOWER CRUISES & EVENTS, LLC,<br><br>Defendant. | Civil Action No.: 21-cv-10406-VM-OTW |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSELS AS CLASS COUNSEL, APPOINTMENT OF A SETTLEMENT CLAIMS ADMINISTRATOR, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that upon the supporting Declaration of Brendan Sweeney ("Sweeney Decl."), including the exhibits thereto, and the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, Appointment of a Settlement Claims Administrator, and Approval of the Proposed Notice of Settlement, Plaintiffs Clyve Shaw and Kenardro Press (the "Named Plaintiffs") will respectfully move this Court at the Courthouse located at 500 Pearl Street, New York, New York 10007, on October 10, 2023, at 10:00 AM, or as soon thereafter as counsel can be heard, for an Order:

     (a) granting preliminary approval of the Settlement Agreement, attached as Exhibit 1 to the Sweeney Decl.;

(b) conditionally certifying the settlement subclasses under Rule 23 and the settlement collective under the FLSA for purposes of effectuating the settlement;

(c) appointing the Law Office of Christopher Q. Davis, PLLC as Class Counsel;

(d) appointing RG/2 Claims Administration Inc., as the Claims Administrator;

(e) approving the proposed Notices, attached as Exhibits 2 and 4 to the Sweeney Decl. and directing its distribution;

(f) setting a date for the final fairness hearing to be held; and

(g) granting such other, further, or different relief as the Court deems just and proper.

Dated: New York, New York
October 3, 2023

Respectfully submitted,

By: /s/Brendan Sweeney
**The Law Office of Christopher Q. Davis, PLLC**
Brendan Sweeney, Esq.
80 Broad Street, Suite 703
New York, New York 10004
Telephone: (646) 430-7930
Fax: 646-349-2504
*Attorneys for Plaintiffs and the Putative Class*