UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLYVE SHAW and KENARDRO PRESS, on
behalf of themselves and those similarly
situated,

                              Plaintiffs,

            v.

HORNBLOWER CRUISES & EVENTS LLC,

                              Defendant.

Case No. 21 Civ. 10408 (VM)

**NOTICE OF UNOPPOSED MOTION
FOR FINAL APPROVAL OF THE
CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that for the reasons set forth in the Memorandum of Law in

Support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement, the

Declaration of Brendan Sweeney submitted herewith and the supporting exhibits attached thereto,

and all the pleadings and proceedings in this matter, the undersigned respectfully move this Court,

before the Honorable Judge Victor Marrero, United States District Court Judge, in the United

States District Court for the Southern District of New York, 500 Pearl Street, New York, NY

10007, for an order:

      (1)     Granting final approval of the settlement reached by the parties in this action

as embodied in their Settlement Agreement (the "Settlement" or the "Settlement

Agreement") attached to the Declaration of Brendan Sweeney as Exhibit 1;

      (2)     Certifying the following settlement classes under the Federal Rules of Civil

Procedure 23 in connection with the settlement process:

NY Subclass

all current or former Hornblower employees who performed work
at Defendant's New York City locations, experienced an
employment loss between June 12, 2020, and September 9, 2020,

and were not given a minimum of 90 days' written notice of termination.

<u>CHI-SF Subclass</u>

all current or former Hornblower employees who either (a) performed work at Defendant's Chicago locations and experienced an employment loss between June 28, 2020, and September 25, 2020, and were not given a minimum of 60 days' written notice of termination; or (b) performed work at Defendant's San Francisco locations and experienced an employment loss between May 29, 2020, and August 26, 2020, and were not given a minimum of 60 days' written notice of termination.

(3)     Dismissing the above-captioned action on the merits with prejudice.

Please find the Plaintiffs' **[Proposed] Order Granting Final Approval and Settlement attached hereto as Exhibit A.**

Dated: February 9, 2024
          New York, New York

Respectfully submitted,

By:     _____/s/_____

Brendan Sweeney
Christopher Q. Davis
Nicholas Bittner
**The Law Office of Christopher Q. Davis, PLLC**
80 Broad Street, Suite 703
New York, New York 10004
Telephone: (646) 430-7930

*Attorneys for Plaintiffs and the Class*