USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/29/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CLYVE SHAW and KENARDO PRESS, on behalf of themselves and those similarly situated,

                  Plaintiffs,

- against -

HORNBLOWER CRUISES & EVENTS, LLC,

                  Defendant.

**21 Civ. 10408 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    On February 28, 2024, Defendant Hornblower Cruises and Events, LLC informed the Court that Hornblower Holdings LLC and certain of its direct and indirect subsidiaries (including Defendant Hornblower Cruises and Events, LLC) initiated Chapter 11 bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Texas. (See Dkt. No. 119.) Pursuant to the Bankruptcy Code, the initiation of the bankruptcy proceedings resulted in an automatic stay of the litigation in this Court. See 11 U.S.C. § 362.

    As such, the Clerk of the Court is respectfully directed to enter a stay of this case on the electronic docket, and the Final Fairness hearing in this matter currently scheduled for March 22, 2024 (see Dkt. No. 118) is hereby continued pending resolution of the bankruptcy proceedings.

Furthermore, the parties are directed file a joint status letter notifying the Court once the bankruptcy proceedings have resolved.

**SO ORDERED.**

Dated:    29 February 2024
         New York, New York

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.