USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLYVE SHAW and KENARDRO PRESS, on behalf of themselves and those similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　- against -<br><br>HORNBLOWER CRUISES & EVENTS, LCC,<br><br>　　　　　　　　Defendant. | 21 Civ. 10408 (VM)<br><br>ORDER |

VICTOR MARRERO, United States District Judge.

On February 29, 2024, this action was stayed because Hornblower Holdings LLC and certain of its direct and indirect subsidiaries (including Defendant Hornblower Cruises and Events, LLC) initiated Chapter 11 bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). (See Dkt. No. 120.) This Court directed the parties to file a joint status letter notifying the Court once the bankruptcy proceedings had resolved. (See id.)

On June 26, 2025, the parties jointly informed the Court that the Bankruptcy Court issued an Order confirming the Third Amended Joint Chapter 11 Plan of Reorganization of Hornblower Holdings LLC and its Debtor Affiliates (the "Plan"). (See Dkt. No. 123.) Pursuant to the Plan, Plaintiffs are permanently enjoined from continuing this action against the

1

Defendant. Thus, the parties requested that the Court dismiss this action with prejudice. (See id.)

Accordingly, pursuant to Federal Rule of Procedure 41(a)(2), the Court hereby dismisses the above-captioned action with prejudice.

**SO ORDERED.**

Dated:     27 June 2025
           New York, New York

_____
            Victor Marrero
            U.S.D.J.

2